Chris M. Heikaus Weaver (SBN 231907)
chris@achwlaw.com
Darren J. Campbell (SBN 223088)
darren@achwlaw.com
AITKEN CAMPBELL HEIKAUS WEAVER, LLP
2030 Main Street, Suite 1300
Irvine, CA 92614
Telephone: (949) 236-4626

Attorneys for Plaintiff
ERIC KATSOV

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| ERIC KATSOV, an individual, | CASE NO. 8:21-cv-01192 JLS (KES) |
| Plaintiff. | |
| | **JOINT NOTICE OF SETTLEMENT** |
| v. | |
| NEOGENOMICS LABORATORIES, INC., a Florida Corporation; and DOES 1 through 150, inclusive, | Complaint Filed: May 27, 2021<br>Removed: July 9, 2021 |
| Defendants. | |

**JOINT NOTICE OF SETTLEMENT**

1  PLEASE TAKE NOTICE that Plaintiff and Defendant have reached a settlement
2  in principle in the above-referenced case.  A formal settlement agreement will be
3  prepared and executed.  Once all of the appropriate signatures have been obtained, an
4  executed Stipulation of Dismissal of the entire action will be filed.

5  Dated:  March 4, 2022              **AITKEN CAMPBELL HEIKAUS WEAVER, LLP**

7                                            By  _____
8                                            Chris Heikaus Weaver
                                             Darren J. Campbell
9                                            Attorney for Plaintiff
10                                           ERIC KATSOV

12  Dated:  March 4, 2022              **JACKSON LEWIS P.C.**

13                                            By  ___/s/ Sierra Vierra_____
14                                            Dale Kuykendall
                                             Sierra Vierra
15                                           Attorney for Defendant
16                                           NEOGENOMICS LABORATORIES, INC.

**JOINT NOTICE OF SETTLEMENT**